**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB RAY SOLORIO, formerly known as Brianna Nycole Solorio,<br><br>                Plaintiff,<br><br>    v.<br><br>LISA LARRANAGA, et al.,<br><br>                Defendants. | Case No.  1:19-cv-00716-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE PLAINTIFF'S NAME IN THE COURT'S DOCKET AND RE-CAPTIONING CASE<br><br>(ECF No. 7) |

Plaintiff Jacob Ray Solorio is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 6, 2019, Plaintiff filed a notice of name and gender change.  (ECF No. 7.) The notice included a photocopy of the Stanislaus County Superior Court decree changing Plaintiff's name from "Brianna Nycole Solorio" to "Jacob Ray Solorio." (Id. at 2.)  The court adds the formerly know addition due to the fact that case was originally filed under formerly known as name so as to avoid confusion as to case name identification.

Accordingly, the Clerk of the Court is DIRECTED to change Plaintiff's name in the Court's docket from "Brianna Nycole Solorio" to "Jacob Ray Solorio, formerly known as Brianna Nycole Solorio."  Further, the Court HEREBY ORDERS that the caption shall be amended as reflected above.

IT IS SO ORDERED.

Dated:  **September 11, 2019**

                                                      
UNITED STATES MAGISTRATE JUDGE

1