| | |
|---|---|
| JACOB RAY SOLORIO,<br>formerly known as Brianna Nycole Solorio,<br><br>Plaintiff,<br><br>v.<br><br>LISA LARRANAGA, et al.,<br><br>Defendants. | Case No. 1:19-cv-00716-DAD-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO STATE A CLAIM<br><br>(ECF No. 9)<br><br>**FOURTEEN (14) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jacob Ray Solorio is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 25, 2019, the Court screened Plaintiff's complaint and found that Plaintiff had failed to state a cognizable claim for relief. (ECF No. 9.) The Court's screening order provided Plaintiff with the legal standards that applied to their claims and granted Plaintiff leave to file a first amended complaint within thirty days after service of the order. (Id.)

However, Plaintiff has not filed a first amended complaint or otherwise communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be

1

dismissed for Plaintiff's failure to comply with the Court's November 25, 2019 screening order, failure to prosecute, and failure to state a claim for relief. Plaintiff can comply with this order to show cause by filing a first amended complaint in compliance with the Court's November 25, 2019 screening order. <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a district judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.</u>

IT IS SO ORDERED.

Dated: __**January 6, 2020**__  

UNITED STATES MAGISTRATE JUDGE