# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RAY SOLORIO,<br>formerly known as Brianna Nycole Solorio,<br><br>Plaintiff,<br><br>v.<br><br>LISA LARRANAGA, et al.,<br><br>Defendants. | Case No. 1:19-cv-00716-DAD-SAB (PC)<br><br>ORDER VACATING JANUARY 6, 2020 ORDER TO SHOW CAUSE<br><br>(ECF No. 9) |

Plaintiff Jacob Ray Solorio is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 25, 2019, the Court screened Plaintiff's complaint and found that Plaintiff had failed to state a cognizable claim for relief. (ECF No. 9.) The Court's screening order provided Plaintiff with the legal standards that applied to their claims and granted Plaintiff leave to file a first amended complaint within thirty days after service of the order. (Id.) Therefore, Plaintiff had until December 30, 2019 to timely file a first amended complaint.

On January 6, 2020, after the Court's docket did not indicate that the Court had received Plaintiff's first amended complaint, the Court issued an order requiring Plaintiff to show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's November 25, 2019 screening order, failure to prosecute, and failure to state a claim for

1

relief within fourteen (14) days after service of the order. (ECF No. 11.)

However, on January 7, 2020, the Court docketed Plaintiff's first amended complaint, which was timely filed pursuant to the prisoner mailbox rule on December 23, 2019 and received in the mail by the Court on January 6, 2020. (ECF No. 10.)

Accordingly, the January 6, 2020 order to show cause, (ECF No. 11), is HEREBY VACATED. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **January 8, 2020**

UNITED STATES MAGISTRATE JUDGE