# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RAY SOLORIO, formerly known as Brianna Nycole Solorio,<br><br>Plaintiff,<br><br>v.<br><br>LISA LARRANAGA, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00716-DAD-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AS UNSIGNED<br><br>(ECF No. 15)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jacob Ray Solorio is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 23, 2020, the Court issued a screening order finding that Plaintiff had failed to state any cognizable claim for relief in his first amended complaint, and directing Plaintiff to file a second amended complaint within thirty days from the date that the order was served. (ECF No. 8.) Therefore, Plaintiff's second amended complaint is currently due on February 25, 2020.

Currently before the Court is Plaintiff's motion for a 60-day extension of time to file a second amended complaint, filed on February 21, 2020. (ECF No. 15.)

However, a review of Plaintiff's motion for a 60-day extension of time to file a second amended complaint reveals that Plaintiff did not sign his motion. All filings submitted to the

1

Court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, the Court must strike Plaintiff's motion for a 60-day extension of time to file a second amended complaint from the record for lack of Plaintiff's signature.

However, in light of Plaintiff's *pro se* status and in order to allow time for Plaintiff to receive the Court order, the Court finds it appropriate to *sua sponte* grant Plaintiff a thirty (30) day extension of time to file a second amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for a 60-day extension of time to file a second amended complaint, (ECF No. 15), is STRICKEN from the record for lack of Plaintiff's signature;

2. In the interest of justice, Plaintiff is granted **thirty (30) days**, running from the date of service of this order, to file a second amended complaint curing the deficiencies identified in the Court's January 23, 2020 screening order; and

3. <u>If Plaintiff fails to comply with this order, the Court will recommend to the District Judge that this action be dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order.</u>

IT IS SO ORDERED.

Dated:  **February 25, 2020**

_____
UNITED STATES MAGISTRATE JUDGE