# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RAY SOLORIO,<br>Formerly known as Brianna Nycole Solorio<br><br>                    Plaintiff,<br><br>     v.<br><br>LISA LARRANAGA, et al.<br><br>                    Defendants. | Case No.  1:19-cv-00716-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 18) |

    Plaintiff Brianna Nycole Solorio is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On April 9, 2020, the Court screening Plaintiff's second amended complaint, found no cognizable claims, and granted Plaintiff thirty days to file a third amended complaint.  (ECF No. 18.)  Plaintiff has not filed an amended complaint or otherwise responded to the Court's order.  Accordingly, within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed.  (Id.)  Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that the instant action be

///

///

1

dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated:   **May 19, 2020**

UNITED STATES MAGISTRATE JUDGE